UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARVELL LEWIS, 826638,

    Plaintiff,

                                                                          Case No. 23-cv-10326

v.                                                           Hon. Matthew F. Leitman

TURNWALD, ET AL,

    Defendant.

_____/

### ORDER DIRECTING MICHIGAN DEPARTMENT OF CORRECTIONS NOT TO SEND MONEY FROM PLAINTIFF'S PRISONER ACCOUNT TO THIS COURT

Plaintiff Kharvell Lewis, proceeding pro se, originally filed this action in the United States District Court for the Western District of Michigan. The action was assigned Civil Action Number 22-00236 in that court, and the Western District of Michigan entered an order granting Lewis leave to proceed in forma pauperis. (*See* ECF No. 7 on W.D. Mich. Docket.) Pursuant to that order, the Michigan Department of Corrections has been taking money from Mr. Lewis's prisoner account and sending it to the Western District of Michigan.

The Western District of Michigan transferred this action to this Court, and it was assigned Civil Action Number 2:23-cv-10326. This Court entered Order Waiving Prepayment of the Filing Fee and Directing Periodic Subsequent Payments of the Filing Fee. (*See* Order, ECF No. 5.) It appears that the Michigan Department

of Corrections is taking money out of Mr. Lewis's prisoner account and sending it to this Court pursuant to that order.

The Court clarifies that the Michigan Department of Corrections should not send money to this Court from Mr. Lewis's trust account. However, the Michigan Department of Corrections should continue to send money from Mr. Lewis's trust account, as appropriate, to the Western District of Michigan.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126