UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KHARVELL LEWIS,<br>　　　　　　Plaintiff,<br>v.<br><br>TURNWALD and BAILEY,<br>　　　　　　Defendants.<br>_____/ | Case No. 23-10326<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER REGARDING REFUND OF FILING FEE

Plaintiff's lawsuit was transferred to this Court from the Western District of Michigan. On November 14, 2024, Plaintiff filed a letter explaining that he paid the filing fee in full in both courts, totaling $700. He asked that he be refunded the $350 filing fee paid from his prison trust account applied to the Eastern District of Michigan. (ECF No. 38).

Last week, the Western District of Michigan mailed Plaintiff a letter explaining that the Eastern District would refund his $350 overpayment. That letter is attached. Plaintiff should expect to see the refund within a few weeks.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R.

Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: November 20, 2024                s/Curtis Ivy, Jr.
                                       Curtis Ivy, Jr.
                                       United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on November 20, 2024.

                                       s/Sara Krause
                                       Case Manager
                                       (810) 341-7850