UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARVELL LEWIS,

　　　　Plaintiff,

v.

CODY TURNWALD,

　　　　Defendant.

Case No. 23-cv-10326
Hon. Matthew F. Leitman

_____/

## <u>ORDER (1) CONDITIONALLY APPOINTING COUNSEL AND</u>
## <u>(2) STAYING CASE FOR PERIOD OF 60 DAYS</u>

*Pro se* Plaintiff Kharvell Lewis is a state inmate in the custody of the Michigan Department of Corrections (the "MDOC"). In this action, Lewis brings claims under 42 U.S.C. § 1983 against an official employed by the MDOC, Prison Counselor Cody Turnwald. The sole remaining claim against Turnwald is an excessive force claim. More specifically, Lewis claims that Turnwald "st[u]ck his finger in [Lewis's] right eye socket and twisted [Lewis's] head all in one motion causing serious injury" while Lewis was "compl[ying] with his orders and [had] allow[ed] [Turnwald] to [hand]cuff" him. (Compl., ECF No. 1, PageID.3.) The case is now ready for trial on that sole remaining claim. (*See* Certificate of Completion, ECF No. 67.)

1

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. See *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993). However, this district has a procedure in which cases are referred to a *Pro Bono* Committee that requests members of the bar to assist in appropriate cases. This Court believes that Lewis would benefit from the assistance of appointed *pro bono* counsel for the purposes of assisting him at trial.

Accordingly, this case is **REFERRED** to the *Pro Bono* Committee. Lewis is conditionally granted appointment of counsel provided that the committee is successful in enlisting *pro bono* counsel.  The Court will also **STAY** this action for a period of **<u>60 days</u>** while the committee attempts to obtain *pro bono* counsel for Lewis.  If *pro bono* counsel is not obtained within 60 days, the stay will be lifted, counsel will not be appointed, and Lewis will need to proceed *pro se* at trial if he cannot retain counsel at his own expense.

Upon the completion of the *Pro Bono* Committee's efforts to find trial counsel for Lewis, the Court will promptly set a status conference with all parties to set a mutually convenient trial date.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 22, 2025

2

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126