UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARVELL LEWIS,

Plaintiff,

Case No. 23-cv-10326
Hon. Matthew F. Leitman

v.

TURNWALD,

Defendant.

______________________________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION IN LIMINE (ECF No. 84)**

On November 4, 2026, the Court held a hearing on Plaintiff Kharvell Lewis' Motion in Limine to Exclude Evidence or Argument Relating to Plaintiff's Criminal Convictions. (*See* Mot., ECF No. 84.) For the reasons stated on the record at that hearing, Lewis' motion is **GRANTED** in part and **DENIED** in part as follows:

- Defendant Cody Turnwald may introduce into evidence the fact that Lewis has been convicted of at least one felony. However, Turnwald is not permitted to introduce into evidence nor elicit the identification of the felony or its nature.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 4, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126