UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHARVELL LEWIS,

Plaintiff,

Case No. 23-cv-10326
Hon. Matthew F. Leitman

v.

TURNWALD, et al.

Defendants.
_______________________________________/

# **JUDGMENT**

In accordance with the jury verdict rendered on November 18, 2026, and the Order entered on September 8, 2025, judgment is entered in favor of Defendants, and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 18, 2026
Detroit, Michigan